IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JILLIAN BECK, individually
and as Parent and Next Friend of
A.B., a Minor, and
ANDREW R. BECK, I, individually,

      Plaintiffs,

                                                                              Civ. No. 14-67 KG/WPL

vs.

ISAIAH BAKER,
in his Individual Capacity,
and JOSEPH CAMPA,
in his Individual Capacity,

      Defendants.

ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION

This matter is before the Court on Magistrate Judge William P. Lynch's Proposed Findings and Recommended Disposition (PFRD), filed September 23, 2014. (Doc. 43). On October 7, 2014, Plaintiffs filed objections to the PFRD. (Doc. 46). On October 21, 2014, Defendants filed a response to the objections. (Doc. 49). Having reviewed the PFRD, objections, and response, the Court overrules the objections and adopts the PFRD.

A party is entitled to file and serve written objections to a Magistrate Judge's proposed findings and recommendations. *See* 28 U.S.C. § 636(b). For the Court to reconsider proposed findings and recommendations, Plaintiffs must show "that the magistrate judge's order is clearly erroneous or contrary to law." *See id.* at § 636(b)(1)(A). Having considered *de novo* those portions of the PFRD to which Plaintiffs object, the Court cannot conclude that any part of the PFRD is clearly erroneous or contrary to law. The Court, therefore, determines that Plaintiffs' objections are not well-taken and will be overruled. Hence, the Court will adopt the PFRD.

IT IS HEREBY ORDERED that

1. Plaintiffs' objections (Doc. 46) are overruled; and

2. the Proposed Findings and Recommended Disposition (Doc. 43) are adopted.

_____
UNITED STATES DISTRICT JUDGE