IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JILLIAN BECK, individually and
as Parent and Next Friend of A.B., a Minor,
and ANDREW R. BECK, I, individually,

    Plaintiffs,

v.                                                No. 14-cv-0067 KG/WPL

ISAIAH BAKER, in his individual capacity,
And JOSEPH CAMPA, in his individual capacity,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    February 29, 2016, at 9:30 a.m.

    **Matter to be heard**:  Status Conference

    A telephonic status conference is hereby set for **February 29, 2016, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                            _____
                                                                            **STEPHAN M. VIDMAR**
                                                                            **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.