UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JILLIAN BECK, individually, and
ANDREW R. BECK, I, individually,

       Plaintiffs,

v.                                                     CV 14-67 KG/WPL

ISAIAH BAKER, in his individual
capacity, and
JOSEPH CAMPA, in his individual
capacity,

       Defendants.

## JUDGMENT

The Court held a jury trial in this matter from February 6, 2017, to February 10, 2017.

Mollie C. McGraw and Margaret Strickland represented Plaintiffs at the trial, and Thomas R.A.

Limon, Lawrence R. White, and Cody R. Rogers represented the Defendants.  On February 10,

2017, the jury rendered a verdict in favor of Plaintiffs on all of Plaintiffs' claims.

       IT IS, THEREFORE, ORDERED that

       Judgment is entered in favor of Plaintiffs and against Defendants.

       Plaintiff Andrew Beck shall recover as compensatory damages against Defendant Joseph

Campa the total amount of $100,000.00.

       Plaintiff Jillian Beck shall recover as compensatory damages against Defendant Isaiah

Baker the total amount of $500,000.00.

       Plaintiff Jillian Beck shall recover as punitive damages against Defendant Isaiah Baker

the total amount of $1,000,000.00.

_____
UNITED STATES DISTRICT JUDGE